# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

| | |
|---|---|
| David Esrati, | : |
| Plaintiff, | : |
| | : Case No. 3:19-cv-00251 |
| vs. | : |
| | : Judge Thomas N. Rose |
| Dayton Metro Library, et al., | : Magistrate Michael J. Newman |
| Defendants. | : |

## AGREED DISMISSAL ENTRY (WITH PREJUDICE)

Pursuant to Civ. R. 41, by agreement of the parties hereto in the within matter, having settled, Plaintiff hereby DISMISSES his action WITH PREJUDICE against all Defendants. Each party to bear their own costs. This Entry terminates this action.

*s/Thomas M. Rose*

_____
JUDGE THOMAS N. ROSE

APPROVED:

David Esrati *(per email authority)*
David Esrati
113 Bonner Street
Dayton, OH 45410
Phone: 937-228-4433 ext. 2
Email: david@electesrati.com
*Plaintiff Pro Se*

/s/ Kevin P. Foley
Kevin P. Foley (0059949)
Reminger Co., L.P.A.
200 Civic Center Drive, Suite 800
Columbus, OH 43215
Phone: 614-232-2416; Fax: 614-232-2410
Email: kfoley@reminger.com
*Attorney for Defendants Edward Hynes, and Donald J. Donovan*

/s/ Anne P. Keeton *(per email authority)*
Anne P. Keeton (0076811)
Freund, Freeze & Arnold
Fifth Third Center
1 South Main Street, Suite 1800
Dayton, OH 45402-2017
Direct: 937-913-0110
Email: akeeton@ffalaw.com
*Attorney for Defendants Dayton Metro Library and Timothy Kambitsch*